IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:    **Alex Carter Jr**<br>         **Yvette Anderson-Carter**<br><br>         Debtor(s) | Case 07 B 21188<br><br>Judge Pamela S Hollis |

NOTICE OF WITHDRAWAL

Now comes STANDING TRUSTEE, MARILYN O. MARSHALL, through Keisha Hooks, one of her attorneys, and withdraws her **Notice of Payment of Final Mortgage Cure**, docket number 66, filed on September 29, 2011.

Marilyn O. Marshall, Trustee

BY:  _____/s/ Keisha Hooks_____
       Keisha Hooks, Attorney

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

**Terrance S Leeders, Attorney for the debtor**
tleeders@leederslaw.com

And I certify that I have mailed by United States Postal Service the Notice to the following non-ECF participant on the same date, from the address below:

HSBC Mortgage Services, Attn: Bankruptcy Dept, 636 Grand Regency Blvd, Brandon, FL 33510

Office of the Chapter 13 Trustee, Marilyn O Marshall
224 S. Michigan
Suite 800
Chicago, IL 60604
(312) 431-6533